**BLACKSTONE CONSULTING, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5128.

United States Court of Appeals, Federal Circuit.

March 8, 2006.

Before MICHEL, Chief Judge, LINN and PROST, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Michael SINDRAM Plaintiff–Appellant,**

v.

**UNITED STATES Defendant–Appellee.**

No. 05–5169.

United States Court of Appeals, Federal Circuit.

March 8, 2006.

Rehearing and Rehearing En Banc Denied April 10, 2006.

Before LOURIE, GAJARSA, and DYK, Circuit Judges.

Judgment

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.